# UNITED STATES DISTRICT COURT

Eastern District of Wisconsin

U.S. District Court
Wisconsin Eastern
JUN 2 0 2023
FILED
Clerk of Court

Nathan Swiecichowski <
Apple Inc. <
Google <
Microsoft Corporation <
Facebook Inc. <
CashApp <
BMO Harris Bank <
Capital Credit Union <

Plaintiff(s)

Case No. 23-C-802

Jury Trial: X Yes ___ No

-v-

De Pere Police Department <
Officer Hansen <
Officer Phelps <
Brown County Sheriff's Department <
Brown County <

Defendant(s)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

1. **The Parties to This Complaint**
   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages(s) if needed.

Plaintiff No. 1

   Name        Nathan Swiecichowski
   Address     1831 August St Apt #1
               Green Bay        Wisconsin      54302
                  City             State        Zip Code

County: BROWN
Telephone Number: (347) 949-3155
E-Mail Address *(if known)*: Nathan.Switch790@Gmail.com

**Plaintiff No. 2**

Name: Apple Inc.
Address: One Apple Park Way
Cupertino, California 95014
City / State / Zip Code

County: Santa Clara County
Telephone Number: (408) 996-1010
E-Mail Address *(if known)*: N/A

**Plaintiff No. 3**

Name: Google
Address: 1600 Amphitheatre Parkway
Mountain View, California 94043
City / State / Zip Code

County: Santa Clara
Telephone Number: (650) 253-0000
E-Mail Address *(if known)*: N/A

**Plaintiff No. 4**

Name: Microsoft Corporation
Address: One Microsoft Way
Redmond, WA 98052
City / State / Zip Code

County: King
Telephone Number: (425) 882-8080
E-Mail Address *(if known)*: N/A

Plaintiff No. 5

Name: Facebook Inc.

Address: 1 Hacker Way

Menlo Park, California 94025
City / State / Zip Code

County: San Mateo County

Telephone Number: (650) 853-1300

E-Mail Address (if known): N/A

Plaintiff No. 6

Name: BMO Harris Bank

Address: 111 W Monroe St

Chicago, Illinois 60603
City / State / Zip Code

County: Cook

Telephone Number: (312) 461-2323

E-Mail Address (if known): N/A

Plaintiff No. 7

Name: CashApp

Address: 1455 Market St

San Francisco, California 94103
City / State / Zip Code

County: San Francisco

Telephone Number: (800) 969-1940

E-Mail Address (if known): N/A

Plaintiff No. 8

Name: Capital Credit Union

Address: PO Box 2526

Green Bay, Wisconsin 54306
City / State / Zip Code

| | |
|---|---|
| County | Brown |
| Telephone Number | (920) 731-3195 |
| E-Mail Address *(if known)* | Cindiw@Capitalcu.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**

| | |
|---|---|
| Name | De Pere Police Department |
| Job Title *(if known)* | City Law Enforcement |
| Address | 335 S. Broadway, D- |
| City / State / Zip Code | Depere / Wisconsin / 54115 |
| County | Brown |
| Telephone Number | (920) 339-8070 |
| E-Mail Address *(if known)* | N/A |

**Defendant No. 2**

| | |
|---|---|
| Name | Officer Hansen |
| Job Title *(if known)* | Police Officer |
| Address | 335 S. Broadway St |
| City / State / Zip Code | De pere / Wisconsin / 54115 |
| County | Brown |
| Telephone Number | (920) 339-8070 |
| E-Mail Address *(if known)* | N/A |

**Defendant No. 3**

Name: Officer Phelps (Badge # 419?)
Job Title (if known): Police Officer
Address: 335 S. Broadway St
De Pere    Wisconsin    54115
City        State        Zip Code
County: BROWN
Telephone Number: (920) 339-8070
E-Mail Address (if known): N/A

**Defendant No. 4**

Name: BROWN County Sheriff's Department
Job Title (if known): Law Enforcement Agency
Address: 2684 Development Dr
Green Bay    Wisconsin    54311
City        State        Zip Code
County: BROWN
Telephone Number: (920) 448-4200
E-Mail Address (if known): N/A

**Defendant No. 5**

Name: BROWN County
Job Title (if known): N/A
Address: BROWN County
Green Bay    Wisconsin    54301
City        State        Zip Code
County: Brown
Telephone Number: N/A
E-Mail Address (if known): N/A

II. **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):
   X Federal officials (a Bivens claim)
   X State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials? Fourth Amendment Rights [see U.S. Constitution] After my mother, Karen Swiecichowski, locked me, Nathan Swiecichowski, in a vehicle, De Pere Police (2), arrested me, took my phone away (seized) and my keys. Officers went through my phone and DID NOT enter keys into evidence, but Rather gave them away. All without a Search Warrant and breaking Policy/proceedure.

C. If you are suing under Bivens, what constitutional right(s) do you claim is/are being violated by federal officials? Fourth Amendment Rights

D. Section 1983 allows defendants to be found liable when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under Bivens, explain how each defendant acted under color of federal law. Attach additional pages if needed. Every piece of evidence is supose to have chain of evidence and collected before seized property is allowed to be secured with another person. [see Guarda World Cameras; see Police Body Cameras] Officers need to obtain Search Warrant to go through IPhones. Every other detainee, they would go through proper steps to do such. Reported this to BCSD and nothing done to obtain my property back, multiple times.

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur? Guarda World in De Pere [see Page 6] Guarda Employees Surrounded vehicle I was locked in with weapons on person(s). Police detained me and I asked to Contact Probation and Parole, but was denied. Also stated to put property into evidence as it was being given away. [see Body Cameras]

B. What date and approximate time did the events giving rise to your claim(s) occur? May 20th, 2022 in the Morning around 9 am-ish, in Parking Lot

C. What are the facts underlying your claim(s)? (For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?) Officer Hansen gave Keys away and accessed my phone. Officer Phelps arrested/detained me. On February 8th, 2023 approximately at 9:15am I talked to Officer Glim, in which I explained I want my keys back to obtain ALL Property of mine. Officer Glim stated that he has to "go check the body Cameras." Come back, Stated that they do not have the keys and "...Cannot help you further." [see De Pere Police Department Cameras] I also talked to receptionist and asked who these officers that were on the video I took.

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. Financial injuries my BMO Harris Account was accessed while in Custody from Basically May 20th, 2022 until December 26th, 2022. Checking, College fund and Vacation fund wiped out. [see BMO Harris Account] Credit Cards, Cash App (pin unaccessable), google, Apple and many other accounts locked-out of During time.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims. I'm Sueing for $250,000 each person (Defendant and Spouse; totaling

$500,000 for both). In All my Compensation for Complaint is the Amount of $427.43 Trillion and Counting per day

Every thing I owned was attached to those keys [see Storage Lock; Shed lock; House Key/lock; All Vehicle Keys; All other Misc. Keys] in which house key/house itself contained more keys and property which includes, but not limited to: Custom 2004 Nissan 350z, Custom 2000 GMC Jimmy, Tao Tao Moped, Pontiac Fiero, V-max yamaha snowmobile 500cc, Canoe and Johnson Motor, Starcraft 17 ft boat and 90 HP Mercury [see T.C.I. Recorded Phone Calls with Kasey Gomolla #681355], Over 20 Beer stien Collection, Jersey Collection, Coin Collection, Watch Collection, Jewlery Collection, Shoe Collection, Stamp Collection, Beanie Babie Collection, Hat Collection, Camping gear, Fishing Supplies and Gear, Bussiness Materials/tools/supplies, Car Parts, Automotive tires/tools/gear, All Sound system electronics (Amps, Speakers, subwoofers, wiring, breakers, ect ect) All Electronics (Window Surface Pro, Window Serface Pro II (registered), Big Screen TV, Multiple Cell phones, gaming systems(s) and Equipment (PS1 (3), PS2, Nintendo, Super nitendo, gameboy color (2), gameboy advance, and all games/equipment/attachments) legal materials/resources/Affidavits/treaties/documents/works such as but not limited to: Brown County Affidavit, Forest County Affidavit, Treaty of friendship and peace, Torts, Caveats, Treaty of Guatemala, Case law research, Dismissals, legal Court documents, Case files and notes, Definitions, Drafts, Driver's license Fraud Affidavit, literature, ect [$1000 an hour, Each Case law research a minimum of 10 hours, in which an affidavit contains hundreds of Case laws], Surface Pro has many draft/motions/legal work, and document worth Multi-millions, Competition Sound system ((2) JL w7 subwoofers, (2) 4 channel Amplifiers, wires, spliters, 3 tweeters, Rockford Capacitor, Cuircut 100amp breaker, sub-box in 350z), CLOSED CASES not won/settled/paid for/Compensated for/earned relief/loss of wages, Book Collection (some books 1st Ed. over 100 years old, All Kitchen Supplies/electronics/utensils/cookware/dish wear, Household furniture/decor/posters/pictures, hundreds of dollars of food/supplies, Art supplies/utensils, All tools, legal fees (I'm Charging $1000 an hour for a 40 hour week until law firm sponsors me), 12 years of Private Investigating if notes/evidence/materials are not ALL there ($500 an hour for a 40 hour week times every week), more sports memorabilia, Gardening Supplies/tools/materials/resources, Compensation for Violating my Privacy/financial accounts/accounts in general including, but not limited to: Google, Apple, Paypal, Facebook, Email Account Microsoft/windows, youtube, BMO Harris, Capital Credit Union, Discover Card, Capital Card; Private Investigating letters (to and from people) hundreds if not thousands of letters at $100 a page times an Average of 10 page(s) per letter time hundred/thousands, Computer(s) and laptops, Cancer/Covid/disease/virus/Flu/Bacteria Research/notes/ideas, propetual motion Research/notes/ideas, Survellence gear/electronics, PC game/Software, Book research/creative writing/work, Whistler with GPS Capibilities, snowmobile Equipment/gear, boat skis/tube/tow Ropes, Paintball guns/gear/equipment, Baseball/Football/card Collection

Page **8** of **10**

Case 2:23-cv-00802-LA    Filed 06/20/23    Page 8 of 10    Document 1

More Relief: Pain and Suffering due to loss of property (compensation), Patients (for life) for all research, ideas, inventions, name, land and/or any other patients not specified, Anything tampered with, altered, broke, damaged, lost, stolen to be repaired to Original state of purchase, Compensation (per day) of $500 a vehicle (if not returned in perfect working condition and/or Original purchase; Custom 2004 Nissan 350z had an Engine (completly black that could barely fit into Car) with Rainbow colored bolts (All bolts) stamped with a "7" and/or "d" with Sound system, independant suspention, 19 chrome Rims, Ultra-low-Profile tires, Competetion Sound system, window tint, Projection head lights, wide body, heat shield bottom, dual Exhaust, DVD touch screen Radio, Neon glow, Slap-Stick, Extra tires and rims; Custom 2000 GMC Jimmy with Metal lines, lifted, 4wd, Custom brake system, back support seats, hitch, metal lines; 50cc Tao Tao Moped; V-max racing 500cc; Johnson Motor and Aliminum Conoe; Starcraft 17th boat and 90 hp Murcery motor — if any vehicle has been switched out, VIN changed and/or switch, altered, missing to claim all vehicles with VIN, thats been changed, claim vehicle with any parts tooken/replaced/stolen/lost which I claim ownership of all vehicles, if vehicles are lost, cannot be found, aren't there, I claim ownership of vehicles in place plus $500 a day until FULLY returned and new custom vehicle(s) to my standards/specifications paid in full and bought a value of $1 (one dallor) with insurance (full coverage) for life for every vehicle, if any thing is damaged, worn, altered, missing due to non-maintence, full repair and/or replacement of choice/hand pick by myself. All parties of person(s) involved to be federally charged and/or dealt with by Federal Government, Any electronic device at $50 a day until returned and all other property at $27 a day, Certificates of appraisels, Restraining orders on all law enforcement involved unless requested, all debt paid in full, credit fixed, accounts to be fixed and allow access again, National Public Apologies and/or 7 times total amount if deemed not public, investigation(s) on a Federal level of Wisconsin/Counties/Agencys, stock/bonds/ownership of any and all City/County Companies/corperations/bussinesses/LLC(s) and affiliates/sponsors/partner(s)/organizations, Compensation for loss of my Bussiness, Job, work, college, time, Royalities on all research, ideas, inventions, patients, and/or anything else not specified; $100 a mile for each vehicle if been used, Compensation for Mischeif (OREO) my Cat, Clothing Items (some Custom), all Cologne/sprays/hygiene, 1st pick at all seized/forclosed/obtained property before action, closing ect at closing cost/debt payment/pay-off rest of amount, an Iron Clad restriction/bar of any survellence done by government and/or entity, person(s), corperations, bussiness ect ect, access to all files and documents signed in contract(s), supeonas, legal works/motions, Compensation for loss of relationships, my Investigation and legal works of Class action Radium 225 and 228; if property has to be towed and/or other moving vehicle(s) to be paid in full along with storage facility (with Security)

If need be, I will enter a more detailed list/description of property if invetory, reciepts, proof, evidence isn't at old resedency.

Have witness also for basically Everything. If payments (APR of 7% on 15 year plan)

Page 9 of 10

Case 2:23-cv-00802-LA    Filed 06/20/23    Page 9 of 10    Document 1

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. Party

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: June 20th, 2023     Time: 8:57am

Signature of Plaintiff: _Nathan Su_____

Printed Name of Plaintiff: Nathan Swiecichowski

Address: 1831 August St Apt #1

Green Bay | Wisconsin | 54302
--- | --- | ---
City | State | Zip Code

Telephone Number: (347) 949-3155

E-mail Address: Nathan.Switch790@gmail.com

Additional Information: I retain All Rights and waive none in this Case and all others. I work 2pm-10pm daily. DOB ▇▇▇▇